[No. 26926-4-III. Division Three. February 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JOSEPH ARNOLD, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00908-0, Robert G. Swisher, J., entered February 29 and May 28, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 58190-2-I. Division One. February 17, 2009.]

*In the Matter of the Personal Restraint of* ALLAN WESLEY PARMELEE, *Petitioner.*

Petition for relief from personal restraint. Petition *granted*, sentence *vacated*, and case *remanded* for resentencing by unpublished per curiam opinion.

[No. 61928-4-I. Division One. February 17, 2009.]

FLUKE CORPORATION ET AL., *Respondents*, v. MILWAUKEE ELECTRIC TOOL CORPORATION ET AL., *Petitioners.*

Appeal from a judgment of the Superior Court for King County, No. 08-2-08754-9, Michael J. Trickey, J., entered June 23, 2008. *Reversed* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 61990-0-I. Division One. February 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEE BYRON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-05179-8, Dean Scott Lum, J., entered June 23, 2008. *Reversed* and *remanded* by unpublished per curiam opinion.